UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAURICE GATTISON,

        Plaintiff,

  v.

THE TOWNSHIP OF IRVINGTON, et. al.,

        Defendants.

Civil Action No. 05-1759 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    For the reasons stated in the Opinion filed herewith,

    **It is** on this 31st day of December, 2007

    **ORDERED** that the motions for summary judgment made by defendants Koontz (Docket entry # 50), Noel (Docket entries # 52 and #54), Chase (Docket entry #53), and Damiano (Docket Entry # 55) as to Counts 1, 2 and 3 of the Complaint are **GRANTED**; and it is further

    **ORDERED** that summary judgment as to defendants Township of Irvington and Irvington Police Department on Counts 1, 2, and 5 of the Complaint is **GRANTED**.

    The Court declines to exercise jurisdiction over the state law claims.

    The Court directs the Clerk's office to close this matter.

                                   /s/ Katharine S. Hayden
                                    KATHARINE S. HAYDEN

                                                    UNITED STATES DISTRICT JUDGE